UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINGHONG XIAO,

               Petitioner,

               v.

JUDITH ALMODOVAR, in her official capacity as Field Office Director of Enforcement and Removal Operations, New York City, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

               Respondents.

26-CV-239 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 12, 2026, Petitioner Jinghon Xiao filed a petition of habeas corpus, pursuant to 28 U.S.C. § 2241. It is hereby ordered that:

1. Respondents shall file an opposition by January 16, 2026, as to why the petition for a writ of habeas corpus should not be granted.

2. Petitioner shall have the opportunity to reply by January 21, 2026.

3. This matter shall be heard by the Court on January 23, 2026, at 1:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioner at this hearing.

4. To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025

WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:          January 12, 2026
               New York, New York

_____
Ronnie Abrams
United States District Judge