**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JINHONG XIAO,

                     Petitioner,               26 **CIVIL** 0239 (RA)

      -against-                              **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity as
Field Office Director of Enforcement and Removal
Operations, New York City, Immigration and
Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of the U.S. Department
of Homeland Security; PAMELA BONDI, in her
official capacity as Attorney General of the United
States; EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,

                     Respondents.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 20, 2026, Mr. Xiao's

Amended Petition is granted.

**DATED:**  New York, New York
           January 22, 2026


                              **TAMMI M. HELLWIG**
                                 _____
                                   **Clerk of Court**

            **BY:**     *[signature]*
                                   _____
                                   **Deputy Clerk**